### REESE V. THE STATE.

(Decided June 19, 1913.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. EDWARD J. GILDER.

C. K. ABRAHAMS, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

### RICHARDSON V. THE STATE.

(Decided April 24, 1913.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN. JR.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

### ROSEMAN V. THE STATE.

(Decided June 10, 1913.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN. JR.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—No error of record and the cause is affirmed.

---

### SHANK, ET AL. V. SLOAN GROCERY CO.

(Decided April 24, 1913.)

APPEAL from Winston Circuit Court.

Heard before Hon. J. J. CURTIS.

WILLIAMS & JONES, and MAYHALL & STAGNER, for appellant. Ashcraft & Bradshaw, for appellee.

Per curiam. Dismissed for failure to give notice of appeal.